*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

## DISTRICT OF COLUMBIA COURT OF APPEALS

No. 22-BG-674

IN RE MICHAEL D. EPHRAIM,

                                        DDN2020-D227

An Inactive Member of the Bar of the
District of Columbia Court of Appeals

**Bar Registration No. 433642**

BEFORE:  Deahl and AliKhan, Associate Judges, and Washington, Senior Judge.

### O R D E R
(FILED— November 10, 2022)

On consideration of the certified order from the Commonwealth of Virginia suspending respondent from the practice of law for 90 days with terms by consent; this court's September 2, 2022, order suspending respondent pending final disposition of this proceeding and directing him to show cause why reciprocal discipline should not be imposed; respondent's D.C. Bar R. XI, § 14(g) affidavit filed on September 28, 2022; and the statement of Disciplinary Counsel; and it appearing that respondent has not filed a response, it is

ORDERED that Michael D. Ephraim is hereby suspended from the practice of law in the District of Columbia, nunc pro tunc to September 28, 2022, for a period of 90 days subject to the probationary terms in Virginia. *See In re Sibley*, 990 A.2d 483, 487-88 (D.C. 2010) (explaining that there is a rebuttable presumption in favor of imposition of identical discipline and exceptions to this presumption should be rare); *In re Fuller*, 930 A.2d 194, 198 (D.C. 2007) (explaining that a rebuttable presumption of identical reciprocal discipline applies to all cases in which the respondent does not participate).

**PER CURIAM**